# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| SunTrust Mortgage, Inc. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:12cv590 |
| | ) | |
| Integrity Financial Services of Tampa Bay, Inc. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Integrity Financial Services of Tampa Bay, Inc.
13129 66th Street North
Largo, FL 33773
SERVE: Neil S. Schecht, RA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   L. Scott Bruggemann, Esq.
Wolfe & Wyman LLP
901 E. Byrd Street, Suite 1105
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

*CLERK OF COURT*

Date: AUG 17 2012

*Signature of Clerk or Deputy Clerk*